DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LA CONTESSA, INC.,** and **THOMAS PRIANO,**
Appellants,

v.

**COLLEKT, LLC.,**
Appellee.

No. 4D19-3342

[November 19, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 16-017234.

Jon Polenberg and Yasin Daneshfar of Becker & Poliakoff, P.A., Fort Lauderdale, for appellants.

Michael P. Hamaway of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***